UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> SSN EGG HARBOR, LLC, : <br> : <br> Defendant. : <br> _____ : | Case No. 1:18-cv-17052-RBK-AMD |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal, and expect those documents to be executed within the next thirty days.

Plaintiff files this Notice with consent of Defendant.

Dated: June 26, 2019

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of June, 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.